## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

FILED
MARCH 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SHAHROKH MALEK
    v.
MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; et al

Case Number: 08 C 1520

JUDGE GOTTSCHALL
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHAHROKH MALEK

| | |
|---|---|
| NAME (Type or print) Mark A. Anvaripour | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ [signature] | |
| FIRM ANVARIPOUR & ASSOCIATES | |
| STREET ADDRESS 180 N. LaSalle St. Suite#2001 | |
| CITY/STATE/ZIP Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0060186 IL | TELEPHONE NUMBER (312) 750-0558 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |